UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUSSELL N. HASEGAWA,<br>    Plaintiff,<br>    v.<br>ANDREW SAUL, Commissioner of Social Security,<br>    Defendant. | No. 2:19-cv-002953-JDE<br><br>JUDGMENT OF REMAND |

Pursuant to the Order of Remand based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Dkt. 37, "Stipulation of Remand") and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: October 16, 2019

                                              JOHN D. EARLY
                                              United States Magistrate Judge