UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUSSELL N. HASEGAWA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:19-cv-02953-JDE<br><br>ORDER AWARDING FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

　　Based upon the parties' Stipulation (Dkt. 46), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $2,700.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

　　Due to the Stipulation and this Order, Plaintiff's earlier Motion for Attorney's Fees (Dkt. 43) is DENIED as moot.

Dated: December 03, 2019__

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge